**UNITED STATES of America,
Plaintiff–Appellee**

v.

**Eusebio VELA, Defendant–Appellant.**

No. 10–40756
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 21, 2011.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

· Marjorie A. Meyers, Federal Public Defender, Laura Fletcher Leavitt, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JONES, Chief Judge, and STEWART and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Eusebio Vela presents arguments that he concedes are foreclosed by *United States v. Betancourt,* 586 F.3d 303, 308–09 (5th Cir.2009), *cert. denied,* —— U.S. ——, 130 S.Ct. 1920, 176 L.Ed.2d 390 (2010), which reaffirmed the holding in *United States v. Gamez–Gonzalez,* 319 F.3d 695, 700 (5th Cir.2003), that knowledge of drug type and quantity is not an element of the offense under 21 U.S.C. § 841. The appel-

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

lant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.